**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION**

FREDERICK BANKS                                                          PLAINTIFF
Reg #05711-068

v.                                         NO. 2:12CV00069 JLH/BD

AVIANT, *et al*.                                                        DEFENDANTS

## <u>JUDGMENT</u>

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and

ADJUDGED that Frederick Banks's claims are DISMISSED, WITHOUT PREJUDICE.  The Court

certifies that an *in forma pauperis* appeal of this dismissal would be frivolous and not taken in good

faith.

IT IS SO ORDERED this 15th day of June, 2012.

_____
UNITED STATES DISTRICT JUDGE