## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## EASTERN DIVISION

FREDERICK BANKS                                                                                    PLAINTIFF
Reg #05711-068

v.                                            NO. 2:12CV00069 JLH/BD

AVIANT, *et al.*                                                                                   DEFENDANTS

### JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that Frederick Banks's claims are DISMISSED, WITHOUT PREJUDICE. The Court certifies that an *in forma pauperis* appeal of this dismissal would be frivolous and not taken in good faith.

IT IS SO ORDERED this 15th day of June, 2012.

/s/ J. Leon Holmes
UNITED STATES DISTRICT JUDGE